■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN STEPHENS, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's conviction of rape in the first degree is supported by legally sufficient evidence *(see,* Penal Law § 130.00 [8]; *People v Thompson,* 72 NY2d 410, 415-416; *People v Bleakley,* 69 NY2d 490, 495).

The validity of defendant's challenge to the procedure fol-

lowed in approving his waiver of a jury trial cannot be determined on this record and must be established, "if at all, by facts outside the trial record in a proceeding maintainable under CPL 440.10" *(People v Johnson,* 51 NY2d 986, 988; *see also, People v McDaniel,* 161 AD2d 1125, *lv denied* 76 NY2d 861; *People v Davidson,* 123 AD2d 782, 783, *lv denied* 69 NY2d 826). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Rape, 1st Degree.) Present—Callahan, A. P. J., Denman, Pine, Lawton and Davis, JJ.